IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER GRAHAM, | § | |
| | § | No. 436, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1610015362 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 5, 2017
Decided: December 18, 2017

### ORDER

This 18th day of December 2017, it appears to the Court that, on November 14, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute his appeal by responding to the Senior Court Clerk's October 24, 2017 letters. The letters directed the appellant to file a completed Official Form A notice of appeal identifying an appealable order and to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis* by November 8, 2017. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice